IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STACEY WHITMIRE )
)
v. ) NO. 1-08-0050
) JUDGE CAMPBELL
WAY-FM GROUP, INC. )

ORDER

Pending before the Court are Defendant's Motion for Summary Judgment (Docket No. 16) and Plaintiff's Motion to Accept Plaintiff's Response to Defendant's Statement of Undisputed Facts in Support of Summary Judgment Out of Time (Docket No. 27).

Plaintiff's Motion to Accept Plaintiff's Response to Defendant's Statement of Undisputed Facts in Support of Summary Judgment Out of Time (Docket No. 27) is GRANTED. For the reasons stated in the accompanying Memorandum, Defendant's Motion for Summary Judgment (Docket No. 16) is GRANTED, and this action is DISMISSED.

The trial set for October 27, 2009, and pretrial conference set for October 19, 2009, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE